UNITED STATES of America, Appellant, v. Pearlie LAWSON, Adm'x of Estate of Hobart Lawson, Deceased, and John A. Polin, Adm'r of Estate of Henry Lawson, Beneficiary, Deceased, Appellees.

No. 8847.

Circuit Court of Appeals, Sixth Circuit.

Jan. 12, 1942.

John T. Metcalf and Ben L. Kessinger, both of Lexington, Ky., and Julius C. Martin, Wilbur C. Pickett, and Fendall Marbury, all of Washington, D. C., for appellant.

J. Blakey Helm, of Louisville, Ky., for appellees.

Before HICKS, ALLEN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and arguments of counsel, and on consideration whereof, it is here and now ordered and adjudged that the judgment appealed from be, and the same is in all things affirmed upon the authority of American National Bank & Trust Co. of Chicago, Adm'r v. United States of America, 7 Cir., 124 F.2d 743, decided December 13, 1941.